

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Shari-Ann Sasu*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*Camden, NJ 08102*
*Shari-Ann.Sasu@usdoj.gov*

main: (856) 757-5026
direct: (856) 968-4867

July 7, 2026

<u>Via ECF</u>
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Wilson Gonzalez v. Blanche, et al.*, No. 26-cv-05236-RK
>        **Status Update and Request to Lift Removal Injunction**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1226. We respectfully write to update the Court regarding the location of Petitioner's detention and respectfully request that the Court lift its May 9, 2026 Text Order (ECF No. 2) enjoining Respondents from removing Petitioner from the United States during the pendency of these proceedings.[1]

On June 26, 2026, the Elizabeth Immigration Court granted Respondents' application to initiate removal proceedings. Ex. 1 at 1 (June 26, 2026 Order of the Immigration Judge). Specifically, the Elizabeth Immigration Court found that Petitioner is removable/inadmissible and that the Petitioner shall be removed to Nicaragua. *Id.*

In light of the foregoing, Respondents respectfully request that the Court lift its May 9, 2026 Text Order (ECF No. 2) enjoining Respondents from removing Petitioner from the United States so that ICE can effectuate Petitioner's removal. Respondents further request that the Court close this matter.

---

[1] The Court did not enjoin Petitioner's transfer within the United States. *See id.*

Hon. Robert Kirsch, U.S.D.J.
July 7, 2026
Page 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: _____

SHARI-ANN SASU
Assistant United States Attorney
*Attorneys for Respondents*

Encls.

So Ordered this _____ day of July, 2026.

_____
Robert Kirsch, U.S.D.J.